# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CAROLE FRIEDHOFF,                    :
                                     :
    *Plaintiff,*                     :   Case No. 1:23-cv-378
                                     :
vs.                                  :   Judge Jeffery P. Hopkins
                                     :
COMMISSIONER OF THE SOCIAL           :
SECURITY ADMINSTRATION,              :
                                     :
    *Defendant.*                     :

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**          This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**     This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on December 19, 2023, the parties' Joint Stipulation to Remand to the Commissioner (Doc. 10) is hereby **GRANTED** and this matter is **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g) for further consideration consistent with the Order and the parties' Stipulation.

Dated:  December 19, 2023

Richard W. Nagel, Clerk of Court
By: */s Karli Colyer*
Deputy Clerk